IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ILORNA COSETTE BURTON, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil No. 3:13-CV-2326-M-BK |
| PRIME HEALTHCARE | § | |
| MANAGEMENT INC, et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendant's *Motion to Dismiss* is **GRANTED IN PART** and the *Motion for a More Definite Statement* is **DENIED AS MOOT**. Additionally, because Plaintiff failed to amend her complaint by the deadline given, her claims against Prime Healthcare Management Inc. are **DISMISSED WITH PREJUDICE.**

SO ORDERED this 18th day of December, 2013.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS